**E-FILED**
Wednesday, 15 November, 2006  02:44:40 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:                    CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

NOV 1 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

John Johnson

                    Plaintiff,

          v.                                    Case No. 01-2188

A.C. & S Inc., et al.

                    Defendants.

---

## MOTION FOR APPOINTMENT OF A PERSONAL REPRESENTATIVE FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

NOW COMES plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and hereby moves this court to appoint Mark L. Johnson as special administrator for the estate of John Johnson and for leave to amend the complaint on its face to reflect such appointment, and in support of said motion plaintiff states the following:

1.     John Johnson died on 03/05/2005, domiciled in Champaign County, IL.

2.     The sole purpose of this estate is to recover damages for the wrongful death of the Decedent.

3.     Mark L. Johnson is interested in Decedent's Estate by reason of being the surviving spouse of the deceased.

Very truly yours,

Allen D. Vaughan

Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Il 60607
312-944-0600
312-944-1870 (fax)
avaughan@cvlo.com

STATE OF ILLINOIS

STATE FILE NUMBER

DISTRICT NO. 3 of 23 — 120

REGISTERED NUMBER 105-0169

# MEDICAL CERTIFICATE OF DEATH

*Type or Print in PERMANENT INK*
*See Funeral Directors, Hospital, or Physicians Handbook for INSTRUCTIONS*

**DECEASED**

| DECEASED—NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|---|
| 1. | John | Lauren | Johnson | 2. Male | 3. March 5, 2005 |

| COUNTY OF DEATH | AGE—LAST BIRTHDAY (YRS) 5a. 87 | UNDER 1 YEAR MOS. DAYS 5b. | UNDER 1 DAY HOURS MIN. 5c. | DATE OF BIRTH (MONTH, DAY, YEAR) 5d. June 9, 1917 |
|---|---|---|---|---|
| 4. Vermilion | | | | |

| CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER | HOSPITAL OR OTHER INSTITUTION—NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER) | IF HOSP, OR INST, INDICATE D.O.A. OP/EMER, RM, INPATIENT (SPECIFY) |
|---|---|---|
| 8a. Danville | 8b. North Logan Health Care Center | 8c. Inpatient |

| BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE) | WAS DECEASED EVER IN ARMED FORCES? (YES/NO) |
|---|---|---|---|
| 7. Danville, IL | 8a. Widowed | 8b. | 9. Yes |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY | EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary-Secondary (0-12) / College (1-4 or 5 +) |
|---|---|---|---|
| 10. 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 | 11a. Window Glazer | 11b. University | 12. Elementary-Secondary 9 |

| RESIDENCE (STREET AND NUMBER) | CITY, TOWN, TWP, OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | COUNTY |
|---|---|---|---|
| 13a. 207 South Street | 13b. Westville | 13c. Yes | 13d. Vermilion |

| STATE | ZIP CODE | RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY) | OF HISPANIC ORIGIN? (SPECIFY NO OR YES-IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN) |
|---|---|---|---|
| 13e. Illinois | 13f. 61883 | 14a. White | 14b. X NO ☐ YES  SPECIFY: |

**PARENTS**

| FATHER—NAME FIRST | MIDDLE | LAST | MOTHER—NAME FIRST | MIDDLE | (MAIDEN) LAST |
|---|---|---|---|---|---|
| 15. Roy | | Johnson | 16. Gertrude | | Eve |

| INFORMANT'S NAME (TYPE OR PRINT) | RELATIONSHIP | MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP) |
|---|---|---|
| 17a. Mark Johnson | 17b. Son | 17c. 207 South St., Westville, IL 618 |

**CAUSE**

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

Immediate Cause (Final disease or condition resulting in death)
(a) Anemia

DUE TO, OR AS A CONSEQUENCE OF

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.
(b) Bleeding / Hemolysis

DUE TO, OR AS A CONSEQUENCE OF

(c) Multisystem organ failure

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
Anasarca, Diabetes, Atrial Fibrillation, C.H.F.

| AUTOPSY (YES/NO) 19a. No | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (YES/NO) 19b. |
|---|---|

| DATE OF OPERATION, IF ANY 20a. | MAJOR FINDINGS OF OPERATION 20b. | IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? 20c. YES ☐ NO ☐ |
|---|---|---|

**CERTIFIER**

| I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON 21a. 2/22/05 (MONTH, DAY, YEAR) | WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO) 21b. Yes | TIME OF DEATH 21c. 10:30 A. |
|---|---|---|

| TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED. 22a. SIGNATURE ▶ E. Ghods | DATE SIGNED (MONTH, DAY, YEAR) 22b. 3/10/05 |
|---|---|

| NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT) 22c. Dr. E. Ghods    2300 N. Vermilion St. Danville, IL 61832 | ILLINOIS LICENSE NUMBER 22d. 036-109237 |
|---|---|

NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT)
23.

NOTE: IF AN INJURY WAS INVOLVED IN THE DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

**DISPOSITION**

| BURIAL, CREMATION, REMOVAL (SPECIFY) 24a. Burial | CEMETERY OR CREMATORY—NAME 24b. Johnson Cemetery | LOCATION 24c. | CITY OR TOWN Danville | STATE Illinois | DATE (MONTH, DAY, YEAR) 24d. Mar. 8, 20 |
|---|---|---|---|---|---|

| FUNERAL HOME 25a. Sunset Funeral Home & Cremation Center | NAME STREET AND NUMBER OR R.F.D. 3940 N. Vermilion St. | CITY OR TOWN Danville, IL | STATE | ZIP 61 |
|---|---|---|---|---|

| FUNERAL DIRECTOR'S SIGNATURE 25b. ▶ Robert F. McDonough | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER 25c. 034-010748 |
|---|---|

| LOCAL REGISTRAR'S SIGNATURE 26a. Stephen Laker jr | DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR) 26b. 3-11-05 |
|---|---|

VR200 (Rev. 5/89)    Illinois Department of Public Health—Division of Vital Records    (BASED ON 1989 U.S. STANDARD CERTIFI

I HEREBY CERTIFY that the foregoing is a true and correct copy of the death record for the decedent name in ITEM 1 and that this record was established and filed in my office in accordance with the provisions of the Illinois statutes relating to the registration of births, fetal deaths and deaths.

DANVILLE, ILLINOIS   Date 3/1-05   Signed _Stephen Laker_   Seal

OFFICIAL TITLE - LOCAL REGISTRAR

PRINTED BY AUTHORITY OF THE STATE OF ILLINOIS

COPY

**SERVICE LIST**
John Johnson v. A.C. and S. Inc., et al.

**A.W. Chesterton Company**
William Francis Mahoney
Segal, McCambridge, Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Street, Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Garlock Inc.**
William Francis Mahoney
Segal, McCambridge, Singer and Mahoney, Ltd.
330 North Wabash Ave.
Suite 200
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

**Georgia Pacific**
Francis P. Morrissey,
Schiff, Harden LLP
6600 Sears Tower
233 S. Wacker Dr.
Chicago, IL 60606-6473
(312) 258-5500
(312) 258-5700 (fax)

**General Electric**
Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

**Metropolitan Life Insurance Company**
Jennifer Johnston
Wildman, Harrold, Allen & Dixon LLP.
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229
(312) 201-2000
(312) 201-2555 (fax)

**Owens-Illinois**
Michael Drumke
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

**Rapid American Corp**

Dennis J Graber
Hinshaw & Culbertson
Suite 300
521 W Main St
Belleville, IL 62222
(618) 277-2400
(618) 277-1144

**Westinghouse Electric Corporation**
Craig T. Lilhestrand
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (fax)

**Union Carbide**
Christopher P. Larsen
Heyl, Royster, Voelker & Allen
124 S.W. Adams St., Suite 600
Peoria, IL 61602
(309)676-0400
(309)676-3374 (fax)

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:          CIVIL ACTION MDL 875

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

John Johnson

        Plaintiff,

      v.                              Case No. 01-2188

A.C. & S Inc., et al.

        Defendants.

## NOTICE OF FILING OF MOTION FOR APPOINTMENT OF A SPECIAL ADMINISTRATOR FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

TAKE NOTICE that on November 14, 2006 the Plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., filed a Motion for Appointment of a Special Administrator for Sole Purpose of Collecting Damages for Wrongful Death.

CASCINO VAUGHAN LAW OFFICES, LTD.

By: _____
        Michael P. Cascino

Micheal P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600
312-944-1870 (fax)
mcascino@cvlo.com

**Certificate of Service**

I, undersigned, a non-attorney, on oath state: True and correct copies of the notice, motion, and order of appointment of special admimnistrator were served upon the counsel of record at their address, according to the attached service list, by depositing them, properly addressed, with first-class postage prepaid, in the U.S. mail at 220 South Ashland Ave., Chicago, IL 60607, on September 13 by 5:00 P.M.

_____
Hugo Vasquez, assistant to
Michael P. Cascino