IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENTS RELATES TO:                   CIVIL ACTION MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Johnson

    Plaintiff,

v.                                            Case No. 01-2188

A.C. & S Inc., et al.

    Defendants.

## ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the Plaintiff's motion for appointment of Special Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1. Mark L. Johnson is appointed Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Mark L. Johnson as special administrator for the estate of John Johnson, as plaintiff herein.

Date: 11/20/2006

s/ James Giles
Honorable Judge James T. Giles